UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BEZIL TAYLOR,

        Plaintiff,

vs.                                                                                                       No. 04-CV-75090-DT
                                                                                                                       Hon. Gerald E. Rosen

THE MAY DEPARTMENT STORES CO., d/b/a
LORD & TAYLOR and its Agent Whose Phone
Number is (800) 501-6573,

        Defendants,
        Jointly and Severally,
_____/

ORDER GRANTING REMAND

        At a session of said Court, held in
        the U.S. Courthouse, Detroit, Michigan
        on     April 29, 2005

        PRESENT: Honorable Gerald E. Rosen
                         United States District Judge

The above-captioned action was reassigned to this Court as a "companion case" to *Jaime Hughes v. The May Department Stores Company, et al.,* No. 04-CV-73752-DT.  Plaintiff in this case, Bezil Taylor, is Jaime Hughes' boyfriend.

The Court this date has entered an Opinion and Order granting Plaintiff Jamie Hughes' Motion to Remand the case back to Wayne County Circuit Court, finding a lack of federal subject matter jurisdiction for Plaintiff Hughes' Complaint which only alleges an intentional infliction of emotional distress claim.

...

The Court finds that for the reasons stated in the Hughes' Opinion and Order, which the Court hereby incorporates by reference herein, Plaintiff Bezil Taylor's identical Complaint that only alleges an intentional infliction of emotional distress claim should be remanded.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff Bezil Taylor's Motion to Remand is GRANTED.

IT IS FURTHER ORDERED that this case be REMANDED to Wayne County Circuit Court.

SO ORDERED.

s/Gerald E. Rosen
Gerald E. Rosen
United States District Judge

Dated: April 29, 2005

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 29, 2005, by electronic and/or ordinary mail.

s/LaShawn R. Saulsberry
Case Manager